**ORIGINAL**

## In the United States Court of Federal Claims

No. 12-605 C

**FILED**

OCT - 5 2012

U.S. COURT OF
FEDERAL CLAIMS

CAREY W. BROOKER, et al.

JUDGMENT

v.

THE UNITED STATES

Pursuant to the court's Order and Opinion, filed October 4, 2012,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Hazel C. Keahey
Clerk of Court

October 5, 2012            By: *[signature]*

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.